# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **LACV 16-8174-JLS (LAL)** | Date | **Tue., December 1, 2020** |
|---|---|---|---|
| Title | **Edward Nikolayan v. Shawn Hatton, Warden** | | |

Present: The Honorable   Louise A. LaMothe, United States Magistrate Judge

| Debbie Johnston | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

On January 22, 2019, this Court stayed the instant action pending a ruling on Petitioner's state habeas corpus action.  On October 1, 2020, having received no additional information about the progress of Petitioner's state court proceedings, this Court ordered Petitioner to file a status report by October 22, 2020.  Petitioner did not respond to this Court's Order.  A review of the Los Angeles County Superior Court's online case information suggests Petitioner has obtained relief in the superior court and his case has been re-set for jury trial.

Accordingly, IT IS HEREBY ORDERED that Petitioner shall show cause in writing, on or before **December 21, 2020**, why this action should not be dismissed for Petitioner's failure to prosecute this action and/or comply with this Court's previous Order.  **Petitioner is cautioned that the failure to comply with this order or to show good cause will result in the dismissal of this action.**

|  | 00 | : | 00 |
|---|---|---|---|

Initials of Preparer   dj